

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00256-CR

**IN RE** Andrew Jonathan **SANDERS**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: April 30, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED

On April 22, 2025, Relator filed a *pro se* petition for writ of mandamus complaining of actions taken in San Antonio Municipal Court No. 5.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code, which expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a judge of a district court, statutory county court, statutory probate county court, county court, a court of inquiry, and certain associate judges in suits affecting the parent child relationship; and (2) all writs necessary to enforce the court of appeal's jurisdiction. TEX. GOV'T CODE ANN. § 22.221. This court has no authority to issue a writ of mandamus against a municipal court judge unless it is necessary to enforce our jurisdiction. *In re Chang*, 176 S.W.3d 451, 452

---

[1] This proceeding arises out of Cause No. S187375301, styled *State of Texas v. Andrew Jonathan Sanders*, pending in Municipal Court 5, San Antonio, Bexar County, Texas, the Honorable Melanie A. Castillo presiding.

(Tex. App.–Houston [1st Dist.] 2004, orig. proceeding). Relator does not argue that issuance of the writ is necessary to enforce this court's jurisdiction. Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH